# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

BARBARA JEANNETTE FITCH, )
)
Plaintiff, )
)
v. ) Case No. CIV-10-231-RAW-KEW
)
MICHAEL J. ASTRUE, )
Commissioner of Social )
Security Administration, )
)
Defendant. )

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On August 29, 2011, Magistrate Judge West entered her Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the ALJ is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 26 day of September, 2011.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE