IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

BARBARA JEANNETTE FITCH,       )
                               )
        Plaintiff,      )
                               )
v.                             )  Case No. CIV-10-231-RAW
                               )
MICHAEL J. ASTRUE,             )
Commissioner of Social         )
Security Administration,       )
                               )
        Defendant.      )

**JUDGMENT**

By order entered this date, this court ordered that this matter be remanded to Defendant.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Defendant's decision is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant for further proceedings pursuant to the fourth sentence of 42 U.S.C. §405(g).

IT IS SO ORDERED this __26__ day of September, 2011.

_/s/ Ronald A. White_
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE