IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BARBARA JEANNETTE FITCH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-10-231-RAW |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security Administration, | ) ) ) ) ) | |
| Defendant. | ) | |

## **J U D G M E N T**

By order entered this date, this court ordered that this matter be remanded to Defendant.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Defendant's decision is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant for further proceedings pursuant to the fourth sentence of 42 U.S.C. §405(g).

IT IS SO ORDERED this 26 day of September, 2011.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE